Joseph Dusatko, Appellee, v. Charles Pletka, Appellant.

Gen. No. 43,711.

opinion filed June 10, 1946; released for publication July 1, 1946. James F. Lyons, for appellant; W. W. Kriebel, Jr., of counsel; Querrey & Harrow, for appellee; Edward J. Gulanick, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.